# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Tri City Foods, Inc.

Plaintiff,

v.

Commerce & Industry Insurance Company,

Defendant,

Case No.  24 C 414

Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendants
and against plaintiff

Defendants shall recover costs from plaintiffs.

---

☒ other:  The Court grants in part and denies in part TCF's motion for summary judgment and grants in part and denies in part C&I's cross-motion for summary judgment.  C&I owes no duty to defend under the 2016–2017 policy.  While C&I owes TCF a duty to defend under the 2015–2016 C&I Policy, that duty does not arise until TCF has exhausted its primary insurance and other insurance limits.  Count I of TCF's complaint for breach of contract is dismissed without prejudice as premature.  Count II of TCF's complaint, to the extent it seeks declaratory relief related to C&I's duty to indemnify, is dismissed without prejudice as premature.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on 1/13/2025.

Date:  1/13/2025

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk